

**Myers & Galiardo, LLP**

*Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

Tel: 212-986-5900
Fax: 212-986-6250

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/20
```

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New
York 500 Pearl Street
New York, NY 10007

March 11, 2020

<u>Re: United States v. Nathaniel Rodriguez</u>
16 Cr. 809-8 (VM)

Dear Judge Marrero:

I represent Nathaniel Rodriguez. His sentencing is scheduled for August 14, 2020 at 2:45pm. I have obligations that conflict with the afternoon session that day. I ask that the Court move the time of the appearance to earlier on in the day, preferably 10:30am. The Government consents to the time change.

Respectfully,

/s/ Matthew D. Myers
Matthew D. Myers

cc: AUSA Jessica Fender

---

Request GRANTED. The sentencing of defendant Nathaniel Rodriguez herein is rescheduled to 8-14-20 at 10:30 a.m.

SO ORDERED.

3-12-20
DATE

VICTOR MARRERO, U.S.D.J.