```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :        16 CR 809 (VM)
                                   :
         -against-                 :
                                   :            ORDER
NATHANIEL RODRIGUEZ,               :
                                   :
              Defendant.           :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant is hereby scheduled for April 20, 2020 at 12:00 p.m. and will take place via teleconference. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         17 April 2020

*[signature]*
Victor Marrero
U.S.D.J.